IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10690
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS EDGAR BELL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:92-CV-108
- - - - - - - - - -
April 19, 1996

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Thomas Edgar Bell appeals the denial of his motion for relief pursuant to 28 U.S.C. § 2255. Bell contends that counsel was ineffective for failing to object to the form of methamphetamine considered at sentencing. We affirm for essentially the reasons relied upon by the district court in its order adopting the magistrate judge's supplemental report. *Bell v. United States*, No. 2:90-CR-0017-01 (N.D. Tex. July 27, 1995). Bell does not argue other issues raised in the district court;

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

those issues are abandoned. *Hobbs v. Blackburn*, 752 F.2d 1079, 1083 (5th Cir.), *cert. denied*, 474 U.S. 838 (1985).

AFFIRMED.